Mark **SANTAS**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 62041.

Missouri Court of Appeals, Western District.

Sept. 2, 2003.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 25, 2003.

Mark A. Grothoff, Columbia, for appellant.

John M. Morris, III, Karen L. Kramer, Co-Counsel, Jefferson City, for respondent.

Before SMART, P.J., ULRICH, HARDWICK, JJ.

## ORDER

PER CURIAM.

Mark Santas appeals the denial of his Rule 29.15 motion, following his conviction and sentence of fifteen years for second-degree murder. We have reviewed the record and find no error in the motion court's denial of postconviction relief. Because a published opinion would have based no precedential value, the parties have been provided with a Memorandum explaining the reasons for our decision.

The judgment of the motion court is affirmed. Rule 84.16(b).